■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK J. MENDOZA, Appellant. (Matter No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MENDOZA, Appellant. (Matter No. 2.) [37 NYS3d 710]—Application by the defendant for a writ of error coram nobis seeking leave to file late notices of appeal from a judgment of the County Court, Putnam County, rendered October 29, 2013, and a judgment of the County Court, Westchester County, rendered December 19, 2013.

Ordered that the application is granted, and the defendant's notices of appeal are deemed to have been timely filed.

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Mastro, J.P., Leventhal, Maltese and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAYONDELI NEGRON, Appellant. [36 NYS3d 919]—Appeals by the defendant, as limited by her motion, from two sentences of the Supreme Court, Richmond County (Rienzi, J.), both imposed March 4, 2014, upon her pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

Contrary to the defendant's contention, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Austin, Roman and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. SEPE, Appellant. [36 NYS3d 917]—Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Westchester County (Zambelli, J.), imposed June 3, 2014, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Delgado*, 80 NY2d 780 [1992]; *People v Suitte*, 90 AD2d 80, 86-87 [1982]). Eng, P.J., Leventhal, Cohen, LaSalle and Barros, JJ., concur.